UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-80716-CIV-DIMITROULEAS/SNOW

ALLEN FOX,

      Plaintiff,

vs.

DARTHMOUTH INVESTMENTS, INC.,
a Florida Corporation,

      Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, **ALLEN FOX,** and Defendant, **DARTMOUTH INVESTMENTS, INC.,** by and through undersigned counsel, hereby file their Joint Stipulation for Dismissal with Prejudice, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, and state as follows:

1. The Plaintiff, **ALLEN FOX**, sued the Defendant, **DARTMOUTH INVESTMENTS, INC.**, under the Americans with Disabilities Act, 42 U.S.C. § 12181 ("ADA").

2. The parties have executed a Stipulation for Settlement outlining the terms and conditions necessary to satisfy the issues raised in the Complaint.

3. This dismissal is with prejudice. However, the Court is requested to retain jurisdiction to enforce the Stipulation for Settlement and to award attorneys' fees and costs incurred as a result of said enforcement, if required.

| | |
|---|---|
| Dated: February 3, 2010 | Dated: February 3, 2010 |
| AURILIO & ASSOCIATES, P.A.<br>Attorneys for Plaintiff<br>3307 Northlake Boulevard, Suite 105<br>Palm Beach Gardens, Florida 33403<br>Telephone: 561-627-5300<br>Facsimile: 561-625-5629 | TRIPP SCOTT, P.A.<br>Attorneys for Defendant<br>110 Southeast 6th Street, 15th Floor<br>Ft. Lauderdale, Florida 33301<br>Telephone:954-525-7500<br>Facsimile: 954-761-8475 |
| By: s/ Cynthia K. Mitchell<br>    Cynthia K. Mitchell, Esquire<br>    Florida Bar No. 0571563 | By: s/ Paul O. Lopez<br>    Paul O. Lopez, Esquire<br>    Florida Bar No. 0983314 |