UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-80716-CIV-SNOW (Consent Case)

ALLEN FOX,

    Plaintiff,

vs.

DARTMOUTH INVESTMENTS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice requesting a dismissal of this action, with prejudice, with the Court reserving jurisdiction to enforce the Settlement Agreement and to award attorney fees and costs incurred as a result of said enforcement. After consideration and the Court being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED that this cause is DISMISSED WITH PREJUDICE and all pending motions are denied as moot. The Court shall retain jurisdiction to enforce the Settlement Agreement and to award attorney fees and costs incurred to enforce the terms thereof. The Clerk of the Court is directed to close this case.

DONE AND ORDERED at Fort Lauderdale, Florida, this 4th day of Febuary, 2010.

                                         LURANA S. SNOW
                                         UNITED STATES MAGISTRATE JUDGE.

Copies furnished to:

Cynthia Mitchell, Esquire
Paul O. Lopez, Esquire